UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STACY NICOTRA,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**BAYSIDE NY HOMES LLC D/B/A KELLER WILLIAMS REALTY LANDMARK**, a New York limited liability company,<br><br>*Defendant.* | Case No. 1:24-cv-04459-FB-TAM |

**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Stacy Nicotra, on behalf of herself and a class of similarly situated persons, with the consent of Defendant Bayside NY Homes LLC d/b/a Keller Williams Realty Landmark ("KWRL"), respectfully moves for entry of an order granting preliminary approval of the class action settlement set forth in the Parties' Settlement Agreement ("Settlement Agreement" or "Agreement"), certifying a class for settlement purposes, and providing for issuance of Notice to the Settlement Class.

The Settlement Agreement provides for a non-reversionary common fund of $400,000 for the benefit of Plaintiff and approximately 1,019 proposed class members who were called by Defendant's real estate agent soliciting realty services, which is at the upper end of settlements on a per class member basis when compared to similar Telephone Consumer Protection Act cases. If approved, the Settlement will bring an end to what has otherwise been, and likely would continue to be, contentious litigation centered on unsettled legal questions.

The motion and memorandum of law seek the entry of an order providing for:

1

1. Preliminary approval of the Settlement;

2. Provisional certification of the Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(3) and (e) for settlement purposes only and appointment of the Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel;

3. Approval of the Settlement Administrator;

4. Approval of the form and content of the Notice program describing:

    a. The Settlement and the Settlement Class Members' rights with respect to the Settlement;

    b. The proposed Release of claims;

    c. Class Counsel's request for attorneys' fees and expenses, and a Service Award for the Class Representative; and

    d. The procedure for opting-out of or objecting to the Settlement.

5. Approval of the Claims process; and

6. Scheduling of a Final Approval Hearing to consider Final Approval of the Settlement.

Dated: December 1, 2025              Respectfully submitted,

By: /s/ Avi R. Kaufman
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
law@stefancoleman.com
COLEMAN PLLC
11 Broadway, Suite 615
New York, NY 10001
Telephone: (877) 333-9427

*Attorneys for Plaintiff and the putative Class*